**Opinion issued September 23, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00730-CV

————————————

**I-10 COLONY, INC., Appellant**

**v.**

**CHAO KUAN LEE, LI YANG LEE, AND LI HSIANG CHANG, Appellees**

**On Appeal from the 151st District Court of Harris County, Texas**
**Trial Court Cause No. 2014-08459**

## MEMORANDUM OPINION

Appellant, I-10 Colony, Inc. filed an Unopposed Motion to Consolidate Appeals. The above-referenced appellate cause number 01-14-00730-CV was opened in error by the Clerk of this Court. 01-14-00730-CV has the same trial court case number as 01-14-00718-CV, involves the exact same parties and issues, and the notice of appeal is from the same interlocutory order. No harm or

prejudice will result to either party from the consolidation and dismissal of this duplicate appeal. We grant the motion to consolidate and dismiss appellate cause number 01-14-00730-CV. The appeal will continue under cause number 01-14-00718-CV. We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Massengale, Brown, and Huddle.